## MOTION FOR PERMISSION FOR A
## NON-RESIDENT TO SERVE AS LOCAL COUNSEL

I, Craig A. Stokes, hereby request permission to serve as local counsel in the following matter: David Moore d/b/a Moore Family Farms, *et al.*, Court File No. 20-cv-00252 (PJS/HB).

I am a member in good standing of the bar of this Court and have been admitted to practice before this court since June 2, 2010. I practice law in in San Antonio, Texas with the law firm of Stokes Law Office, LLP and, if permitted to serve as local counsel, I intend to work primarily from that location.

I have appeared as counsel in the following cases in this court in the last five years:
19-cv-01181 (PJS/HB) Flower Farms, LLC v. C.H. Robinson Company
19-cv-01648 (PJS/HB) Central Florida Fruit Sales, LLC v. C.H. Robinson Company
19-cv-01667 (PJS/HB) Wainwright Brothers Farms, LLC v. C.H. Robinson Company
19-cv-01960 (PJS/HB) SK Enterprises of North FL Inc. v. C.H. Robinson Company
19-cv-01961 (PJS/HB) Shore Sweet Growers, LLC *et al.* v. C.H. Robinson Company
19-cv-02026 (PJS/HB) Melon Acres Inc. *et al.* v. C.H. Robinson Company
19-cv-02496 (PJS/HB) Glory Produce, Inc. v. C.H. Robinson Company
19-cv-02614 (PJS/HB) Bonne Idee Produce, LLC v. C.H. Robinson Company

I have also appeared in the bankruptcy case No. 12-03227.

I have never been sanctioned or disciplined by any court or licensing body.

I have read and understand the Local Rules and the Electronic Case Filing Procedures for the District of Minnesota.

I would like the Judge to consider the following additional information in support of my motion.

_____.

_____         Date: 12-7-2020
Attorney's Signature

For questions, please contact the Attorney Admissions Clerk at (651) 848-1100.