UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Moore et al**

Plaintiff,                                              Case Number: 0:20-cv-00252 PJS/HB

v.

**C.H. Robinson Worldwide, Inc. et al**

Defendant.

_____

### ORDER GRANTING MOTIONS FOR NON-RESIDENT TO SERVE AS LOCAL COUNSEL AND MOTIONS FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(d), Craig A. Stokes moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice of attorneys Richard M. Paul, III, Ashlea Schwarz and Laura C. Fellows in the above case.

IT IS HEREBY ORDERED THAT Craig A. Stokes's motions for a Non-Resident to serve as Local Counsel (Doc. # 158-1, 159-1 and 160-1) are GRANTED.

IT IS FURTHER ORDERED that the Motions for Admission Pro Hac Vice of Attorneys Richard M. Paul, III, Ashlea Schwarz and Laura C. Fellows (Doc. # 158, 159 and 160) are GRANTED.

BY THE COURT:

_____
Judge Patrick J. Schiltz
United States District Court

Dated:  12/9/20