# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David Moore, et al,             Civil No. 20-00252 (PJS/HB)

    Plaintiffs,

v.             **ORDER**

C.H. Robinson Worldwide, Inc., et al,

    Defendants.

---

Pursuant to Local Rule 83.5(d), Craig A Stokes moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice of attorneys Jennifer A. Neal, Mark A. Fassold, and Francisco Guerra, IV in the above case.

**IT IS HEREBY ORDERED** that Craig A Stokes' motions for a Non-Resident to serve as Local Counsel (Doc. Nos. [163-1, 164-1, 165-1]) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Admission Pro Hac Vice of attorneys Jennifer A. Neal, Mark A. Fassold, and Francisco Guerra, IV (Doc. Nos. [163, 164, 165]) are **GRANTED**.

Dated: 12/15/20

                                                PATRICK J. SCHILTZ
                                                United States District Judge