UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DAVID MOORE d/b/a MOORE FAMILY FARMS, *et al.*, | Case No.: 20-cv-252 (PJS/ECW) |
| Plaintiffs, | |
| v. | **DEFENDANTS' MOTIONS TO EXCLUDE EXPERT OPINIONS AND FOR SUMMARY JUDGMENT** |
| C.H. ROBINSON WORLDWIDE, INC. *et al.*, | |
| Defendants. | |

---

Defendants C.H. Robinson Worldwide, Inc., C.H. Robinson Company, and C.H. Robinson Company, Inc. respectfully submit the following motions:

1. Defendants' Motion to Exclude the Opinions of Paul W. Teague, Ph.D under Federal Rule of Evidence 702 *et seq*.

2. Defendants' Motion for Summary Judgment under Federal Rule of Civil Procedure 56.

Defendants' Motions rely on Defendants' supporting Memorandum of Law, the supporting Declaration of Brad Hutter and its exhibits, and all matters of record in this case.

2

Dated:  January 8, 2025   **FAFINSKI MARK & JOHNSON, P.A.**

<u>s/ Patrick J. Rooney</u>
Patrick J. Rooney (#0198274)
Bradley R. Hutter (#0396531)
One Southwest Crossing
11095 Viking Drive, Suite 420
Eden Prairie, MN  55344
(952) 995-9500
*patrick.rooney@fmjlaw.com*
*bradley.hutter@fmjlaw.com*

Mark W. Wallin (#0401450)
Christina M. Janice (*pro hac vice*)
Benjamin Perry (*pro hac vice*)
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833
*MWallin@btlaw.com*
*Christina.janice@btlaw.com*
*Benjamin.perry@btlaw.com*

*Attorneys for Defendants*

2