# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| David Moore, Kevin Rentz, Amanda Calhoun Rentz, Dennis Bruce Rentz, Karla Jo Rentz, Phil Sandifer & Sons Farms LLC, Powe Farms Management LLC, Global Fresh, S.A.C., CE Comercial, S.A.C., Townsend Brothers Ag Enterprises, LLC, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 20-cv-252 PJS/ECW |
| C.H. Robinson Worldwide, Inc., C.H. Robinson Company, C.H. Robinson Company, Inc., C.H. Robinson Company, | |
| Defendants, | |
| C.H. Robinson Company, C.H. Robinson Worldwide, Inc., | |
| Counter Claimants, | |
| v. | |
| Townsend Brothers Ag Enterprises, LLC, | |
| Counter Defendants, | |
| and | |
| C.H. Robinson Company, Inc., C.H. Robinson Company, C.H. Robinson Worldwide, Inc., | |
| Counter Claimants, | |

v.

CE Comercial, S.A.C., Global
Fresh, S.A.C., Phil Sandifer &
Sons Farms LLC,

                Counter Defendants.

---

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion for summary judgment [ECF No. 229] is GRANTED IN PART and DENIED IN PART as follows:

    a. All of Townsend's, Rentz's, and Sandifer's claims are DISMISSED WITH PREJUDICE AND ON THE MERITS.

    b. Moore's notice claim is DISMISSED WITH PREJUDICE AND ON THE MERITS.

    c. Moore's and Powe's claims insofar as they rely on the withdrawn requests or damages are DISMISSED WITH PREJUDICE AND ON THE MERITS.

    d. The motion is denied in all other respects.

2. Defendants' motion for default judgment [ECF No. 225] is GRANTED as follows:

    a. Plaintiffs CE Comercial, S.A.C.'s and Global Fresh, S.A.C.'s claims against defendants are DISMISSED WITH PREJUDICE for failure to prosecute.

    b. Plaintiff Global Fresh, S.A.C. is liable to C.H. Robinson Company, Inc. in the amount of $198,242.44, along with applicable prejudgment interest, for

        breaches of the 2017 agreement. C.H. Robinson Company, Inc. may seek attorney's fees pursuant to the 2017 agreement and Fed. R. Civ. P. 54(d)(2).

c.      Plaintiffs CE Comercial, S.A.C. and Global Fresh, S.A.C. are jointly and severally liable to C.H. Robinson Company, Inc. in the amount of $156,153.28, along with applicable prejudgment interest, for breaches of the 2018 agreement.

d.      Plaintiffs CE Comercial, S.A.C. and Global Fresh, S.A.C. are jointly and severally liable to C.H. Robinson Company, Inc. in the amount of $2,661,027.30, along with applicable prejudgment interest, for breaches of the 2019 agreement.

e.      C.H. Robinson Company, Inc. may tax its costs and disbursements against plaintiffs CE Comercial, S.A.C. and Global Fresh, S.A.C.

f.      LET JUDGMENT BE ENTERED ACCORDINGLY with respect to plaintiffs CE Comercial, S.A.C. and Global Fresh, S.A.C.

Date: 8/22/2025                                                            KATE M. FOGARTY, CLERK