# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| David Moore, Kevin Rentz, Amanda Calhoun Rentz, Dennis Bruce Rentz, Karla Jo Rentz, Phil Sandifer & Sons Farms LLC, Powe Farms Management LLC, Global Fresh, S.A.C., CE Comercial, S.A.C., Townsend Brothers Ag Enterprises, LLC, | **AMENDED JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 20-cv-252 PJS/ECW |
| C.H. Robinson Worldwide, Inc., C.H. Robinson Company, C.H. Robinson Company, Inc., C.H. Robinson Company, | |
| Defendants, | |
| | |
| C.H. Robinson Company, C.H. Robinson Worldwide, Inc., | |
| Counter Claimants, | |
| v. | |
| Townsend Brothers Ag Enterprises, LLC, | |
| Counter Defendants, | |
| and | |
| C.H. Robinson Company, Inc., C.H. Robinson Company, C.H. Robinson Worldwide, Inc., | |
| Counter Claimants, | |

v.

CE Comercial, S.A.C., Global
Fresh, S.A.C., Phil Sandifer &
Sons Farms LLC,

                      Counter Defendants.

---

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion to alter or amend the judgment [ECF No. 251] is GRANTED IN PART and DENIED IN PART.

2. The August 22, 2025, judgment is AMENDED as follows:

3. Defendants' motion for default judgment [ECF No. 225] is GRANTED.

4. All claims of plaintiffs Global Fresh, S.A.C. and CE Comercial, S.A.C. against defendants are DISMISSED WITH PREJUDICE for failure to prosecute.

5. With respect to the 2017 agreement, defendant C.H. Robinson Company, Inc., is entitled to recover from Global Fresh, S.A.C., as follows:

    a. Damages in the amount of $198,242.44.

    b. Postjudgment interest on the $198,242.44 damage award pursuant to 28 U.S.C. § 1961, from the date of the August 22, 2025, judgment. The applicable rate under § 1961 is 3.9 percent.

    c. Prejudgment interest in the amount of $85,978.62. And

    d.    Postjudgment interest on the $85,978.62 prejudgment-interest award, from the date of the amended judgment, calculated at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the amended judgment.

6.    With respect to the 2018 agreement, C.H. Robinson Company, Inc., is entitled to recover from Global Fresh, S.A.C. and CE Comercial, S.A.C. , jointly and severally, as follows:

    a.    Damages in the amount of $156,153.28;

    b.    Postjudgment interest on the $156,153.28 damage award pursuant to 28 U.S.C. § 1961, from the date of the August 22, 2025, judgment. The applicable rate under § 1961 is 3.9 percent.

    c.    Prejudgment interest in the amount of $62,687.38. And

    d.    Postjudgment interest on the $62,687.38 prejudgment-interest award, from the date of the amended judgment, calculated at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the amended judgment.

7.    With respect to the 2019 agreement, C.H. Robinson Company, Inc., is entitled to recover from Global Fresh, S.A.C. and CE Comercial, S.A.C. , jointly and severally, as follows:

    a.    Damages in the amount of $2,661,027.30;

      b.      Postjudgment interest on the $2,661,027.30 damage award pursuant to 28 U.S.C. § 1961, from the date of the August 22, 2025, judgment. The applicable rate under § 1961 is 3.9 percent.

      c.      Prejudgment interest in the amount of $877,027.10. And

      d.      Postjudgment interest on the $877,027.10 prejudgment-interest award, from the date of the amended judgment, calculated at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the amended judgment.

8.      C.H. Robinson Company, Inc. may tax its costs and disbursements against Global Fresh, S.A.C. and CE Comercial, S.A.C.

Date: 1/5/2026                                                  KATE M. FOGARTY, CLERK